AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br>Dennis Jay Knaub | )<br>)<br>)<br>) |
| | ) |

Case No:  4:09CR3101

USM No:  23052-047

Date of Original Judgment:  07/28/2011

Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Sean J. Brennan

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐DENIED.  ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  144  months **is reduced to**  140 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant shall not be released any earlier than November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated  07/28/2011  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  10/29/2015

s/ Richard G. Kopf

*Judge's signature*

Effective Date:  11/01/2015

*(if different from order date)*

Richard G. Kopf, Senior United States District Judge

*Printed name and title*

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

|                  | Dennis Jay Knaub          |
|------------------|---------------------------|
| DEFENDANT:       |                           |
| CASE NUMBER:     | 4:09CR3101                |
| DISTRICT:        | District of Nebraska      |

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| Previous Total Offense Level: | 31 | Amended Total Offense Level: | 29 |
|---|---|---|---|
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 140 to 175 months |

## II.   SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

## III.  ADDITIONAL COMMENTS

Filing no. 95 is granted to the extent it seeks an Amendment 782 reduction, and is otherwise denied.